**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § | CRIMINAL NO. H-06-422-2<br>NO. H-09-271 |
| | § § | |
| HUGO BARRERA-CAVAZOS | § | |

**O R D E R**

Defendant Barrera-Cavozos filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No.144). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 14, 2012, at 9:00 a.m.** Objections to the presentence report are to be filed by October 30, 2012.

SIGNED on September 12, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge