**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-06-422-1 |
| | § | |
| ARNULFO REYES DUARTE | § | |

# O R D E R

Defendant Arnulfo Reyes Duarte filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No.165). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 14, 2013, at 9:00 a.m.**

SIGNED on January 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge